FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jul 16, 2025
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1231

Lackie Drug Store, Inc., on behalf of itself and Arkansans similarly situated

Plaintiff - Appellee

v.

OptumRx, Inc.

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-01515-JM)

## JUDGMENT

Before SMITH, SHEPHERD, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

July 16, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler